# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 20-20062 |
| ) | |
| **CHARLES L. HOWARD,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On October 15, 2021, Magistrate Judge Eric I. Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 33). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. This Court accepts the plea of guilty of the Defendant to Counts 1-3 of the Indictment and the agreement to forfeit the items described in the Indictment. The Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for February 7, 2022, at 2:00 PM in Urbana before Judge Michael M. Mihm.

ENTERED this 1st day of November, 2021.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge